MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*Gregory Alik Pike*  v.  *Arizona Attorney General, State of, et al.*

THE HONORABLE JOHN W. SEDWICK    2:02-cv-02368-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**    Date:  November 26, 2007

In a thorough report at docket 121, Magistrate Judge Duncan recommends that the petition be denied and this case dismissed with prejudice. This court reviews the recommendation from the magistrate judge as follows: All recommended findings of fact as to which an objection is taken and all recommended conclusions of law are reviewed *de novo*. All recommended findings of fact as to which no objection is taken are reviewed for clear error.

No objections have been filed. This court has applied the standard of review set out above and concludes that the magistrate judge's recommendation is in all material respects correct. This court adopts his recommended findings and conclusions. Base thereon, the petition is **DENIED**. The Clerk will please enter judgment for respondents.